No. 1166.   GAUSE v. RAGEN, WARDEN.   May 13, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1167.   LEBEDIS v. RAGEN, WARDEN, ET AL.   May 13, 1946.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1020.   SYKES v. PENNSYLVANIA.   May 13, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.   MR. JUSTICE MURPHY is of the opinion that the petition for certiorari should be granted. *Charles H. Houston* for petitioner.   *John H. Maurer* for respondent.

No. 1006.   CONTINENTAL OIL CO. v. UNITED STATES. May 20, 1946.   Petition for writ of certiorari to the Court of Claims denied.   *Arthur B. Hyman* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Elizabeth B. Davis* for the United States.

No. 1065.   FIRST NATIONAL BENEFIT SOCIETY v. STUART, COLLECTOR OF INTERNAL REVENUE.   May 20, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Robert R. Weaver* for petitioner.   *Solicitor General McGrath, Sewall Key, Robert N. Anderson* and *Irving I. Axelrad* for respondent.

No. 1071.   CARPENTER ET AL. v. TITLE INSURANCE & TRUST CO.   May 20, 1946.   Petition for writ of certiorari